# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

LINH TRAN STEPHENS, a natural
living woman, sui juris,
Appellant.

v.

STATE OF OKLAHOMA, et al.

Appellees.

No. 26-5041
(D.C. No. 4:25-CV-00285-GKF-MTS)
(N.D. Okla.)

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

_David L. Moss Justice Center/Tulsa County Jail, Tulsa County Sheriff Vic Regalado, Jacob R. Williamson, Deputy, Tulsa County Sheriff's Office_____

[Party or Parties][1]

Appellees_____, in the above-captioned case(s).

[Appellant/Petitioner or Appellee/Respondent]

James D. Dunn_____
Name of Counsel

s/James D. Dunn_____
Signature of Counsel

Tulsa County Sheriff's Office
6080 E 66th Street North, Tulsa, OK  74117
(918) 596-8704_____
Mailing Address and Telephone Number

jdunn@tcso.org_____
E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐      The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒      There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

April 23, 2026_____
Date

s/James D. Dunn_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☐      All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☒      On _____April 23, 2026_____ I sent a copy of this Entry of Appearance Form to:
                               [date]

_Linh Tran Stephens_____

at____ P.O. Box 80112, Charleston, SC 29416_____the last known address/email address, by _depositing the same with the United States Postal Service postage pre-paid_____.
                                               [state method of service]

April 23, 2026_____
Date

s/James D. Dunn_____
Signature