UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

Linh Tran Stephens, *sui juris, natural living breathing woman with a living soul and the Holy spirit,*
 *Appellant/Plaintiff,*

v.

State of Oklahoma, et al.,
 *Appellee/Defendants.*

Case No. **26-5041**

U.S. OKND:

25-cv-00285-GKF-MTS

---

### Renewed Demand/Motion to Proceed on Appeal In Forma Pauperis Due to District Court's Failure to Timely Rule on Timely Filed Appeal IFP

---

I, Linh Tran Stephens, self-represented appellant, respectfully renew my demand/motion to proceed on appeal in forma pauperis (see Attached 10 pages). I timely filed my appeal IFP demand/motion in the United States District Court on May 4, 2026, docketed *May 4, 2026 as Dkt. 29*, and additional copy of filing was received AGAIN on May 6, 2026 as Dkt 30. The Tenth Circuit docket set *May 11, 2026* as the fee-or-IFP deadline. As of this filing of May 15, 2026, the district court has not granted or denied the IFP motion. I therefore file this renewed motion to preserve my appellate rights and request leave to proceed without prepayment of fees under FRAP 24 and 28 U.S.C. § 1915..

*WITHOUT RECOURSE,*

without prejudice
linh-tran: stephens/Agent

By one–and–only beneficiary: _____
All Rights Reserved None Waived, **Without Prejudice** *UCC 1-308 & 1-103*,
**Non-Assumpsit**, one-and-only Grantor & Authorized Agent & Beneficiary
for LINH TRAN STEPHENS©™ ens legis and all its derivatives thereof including
Cestui Que Trust a.k.a. "Fide Commissary Trust",
sui juris, Ambassador of Messiah Yahusha, Heir of the Creator,
my heir/offspring is G.L.Stephens,

A natural living woman breathing with a living soul and the Holy Spirit,
natural people with hands legs, Alive-on-the-land, Plenary mind body soul/spirit,
unlimited, non-incorporated, non-sole-proprietor,
**stateless** "**freeman of the Union**" per Honorable Mr. Justice MILLER on April 14th,
1983, in the Slaughter-House cases, 83 US 36 (a SCOTUS case specifically mentioned in
8 FAM 102.3),
full capacity and competency with postgraduate level of education,
living on the land of the republic, with God-given rights pursuant to Bills of Rights,
NOT a "pro se"/"person"/"pauper"/"indigent"/"slave"/"public servant"/"government
employee"/"ward of State"/"U.S. citizen"/"minor" in your dictionary;
i reject your 12 legal presumptions, other
presumptions/assumptions/double-speaking/implied or undisclosed contracts;
Article IV Section 2 Citizens of each State shall be entitled to all Privileges & Immunities
of Citizens in several States;
**Rural Free Delivery, Non-Domestic 00000,**
in care of 235 Tom Stewart Rd
Newberry, South Carolina zip exempt
00000 [but near 29108]
Email: LinhStephens7@gmail.com
*Phone:* 817-631-3223

## CERTIFICATE OF SERVICE

The undersigned certify that on January 10th, 2026, The undersigned hereby certifies that
on the 15th day of May, 2026, I electronically filed the foregoing with the Clerk of the
Court for the United States Court of Appeals for the Tenth Circuit by using the appellate
CM/ECF system whose court is located at 1823 Stout Street, Denver, Colorado 80257.
All other parties to this litigation are either: (1) represented by attorneys; or (2) have
consented to electronic service in this case;

WITHOUT RECOURSE, *without prejudice linh-tran: stephens/Agent*

**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

|  |  |
|---|---|
| | Case No. |
| Plaintiff/Petitioner – Appellant, | Motion for Leave to Proceed on Appeal Without Prepayment of Costs or Fees (non-PLRA) |
| v. | |
| Defendant/Respondent –Appellee. | |

I, _____, the petitioner/appellant in the captioned case move this court for leave to proceed in forma pauperis.

In support of this motion, I state that because of my poverty, I am unable to pay the costs of said proceedings or give security therefor, I submit the following financial declaration.

**FINANCIAL DECLARATION**


**Affidavit to Accompany Motion for Permission to Appeal in Forma Pauperis**


I swear or affirm under penalty of perjury that because of my poverty I am unable to pay the docket fees of my appeal or to post a bond for them. I believe I am entitled to a different result than that reached in the district court.

I further swear or affirm under penalty of perjury that the responses which I have made to the questions and instructions below relating to my ability to pay the fees for my appeal are true.

**Instructions**. **Please complete all questions in this application and then sign it on the last page.** If the answer to any question is "0" or "none," or the question is "not applicable", so indicate by writing "0", "none", or "not applicable (N/A)". If additional space is needed to answer any question or to explain your answer to any question, please use and attach a separate sheet of paper identified with your name, the docket number of your case and the number of the question.

My issues on appeal are:

1.  Are you or your spouse currently employed?        Yes _____        No _____

2.  If you or your spouse are currently employed, state the name and address of your employer, the length of your employment with that employer, and your monthly gross pay.   Gross pay is pay before any taxes or other deductions are taken.   If you have more than one employer, please provide the information requested below about the other employer(s) on a separate sheet of paper and attach it to this application.

Yourself:

Name and Address of Employer

_____
_____
_____

Length of Employment

_____ _____
Years   Months

Monthly Gross Pay  $_____

Your Spouse:

Name and Address of Employer

_____
_____
_____

Length of Employment

_____ _____
Years   Months

Monthly Gross Pay  $_____

3.  If you are currently unemployed, state the date of your last employment and your monthly gross pay during your last month of employment. Gross pay is pay before any taxes or other deductions are taken.

Date of last employment (Month/Year) for yourself  _____; spouse _____

Monthly gross pay during last month of employment  $_____

4.  State whether you or your spouse have received money from any of the following sources during the past twelve months, and, if so, the average monthly amount from that source. Adjust any money that was received weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate.

| Did you receive money from any of the following sources during the past 12 months? | Average monthly amount during past 12 months for you and your spouse if applicable. | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Self-employment | Y/N ___  $ _____ | $ _____ | $ _____ | $ _____ |
| Income from real property (such as rental income) | Y/N ___  $ _____ | $ _____ | $ _____ | $ _____ |
| Interest and dividends | Y/N ___  $ _____ | $ _____ | $ _____ | $ _____ |
| Gifts | Y/N ___  $ _____ | $ _____ | $ _____ | $ _____ |

| | | | | | |
|---|---|---|---|---|---|
| Alimony | Y/N ___ | $ _____ | $ _____ | $ _____ | $ _____ |
| Child Support | Y/N ___ | $ _____ | $ _____ | $ _____ | $ _____ |
| Retirement income from sources such as social security, private pensions, annuities, or insurance policies | Y/N ___ | $ _____ | $ _____ | $ _____ | $ _____ |
| Disability payments such as social security, other state or federal government, or insurance payments | Y/N ___ | $ _____ | $ _____ | $ _____ | $ _____ |
| Unemployment payments | Y/N ___ | $ _____ | $ _____ | $ _____ | $ _____ |
| Public assistance payments such as welfare payments | Y/N ___ | $ _____ | $ _____ | $ _____ | $ _____ |
| Other sources of money (specify: _____ ) | Y/N ___ | $ _____ | $ _____ | $ _____ | $ _____ |
| TOTAL | | $ _____ | $ _____ | $ _____ | $ _____ |

5. State the amount of cash you and your spouse have:  $ _____

State below any money you or your spouse have in savings, checking, or other accounts in a bank or other financial institution.

| Bank or Other Financial Institution: | Type of Account such as savings, checking, or CD: | Amount you have: | Amount your spouse has: |
|---|---|---|---|
| _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |

6. State below the assets owned by you and your spouse. **Do not list ordinary household furnishings and clothing.**

NONE

| | | |
|---|---|---|
| **Home** | Address: | Value: $ _____ |
| | _____ | Amount owed on mortgages and liens: $ _____ |
| | _____ | |
| **Other real estate** | Address: | Value: $ _____ |
| | _____ | Amount owed on mortgages and liens: $ _____ |
| | _____ | |
| **Motor vehicle** | Model/Year: | Value: $ _____ |
| | _____ | Amount owed: $ _____ |
| **Motor vehicle** | Model/Year: | Value: $ _____ |
| | _____ | Amount owed: $ _____ |
| **Other** | Description: _____ | Value: $ _____ |
| | _____ | Amount owed: $ _____ |

7. State below any person, business, organization, or governmental unit that owes you or your spouse money and the amount that is owed. NONE

| Name of Person, Business, or Organization that Owes You or Your Spouse Money | Amount Owed You: | Amount Owed Your Spouse: |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

8. State the individuals who rely on you and your spouse for support. Indicate their relationship to you, their age, and whether they live with you.

| Name | Relationship | Age | Does this person live with you? |
|---|---|---|---|
| G.L.S., first born offspring, age 12, supposed to live with me but kidnapped by OKDHS convicted felon caseworker "Bridget O'brien" | | | Yes _____ No _____ |
| _____ | _____ | _____ | Yes _____ No _____ |
| _____ | _____ | _____ | Yes _____ No _____ |
| _____ | _____ | _____ | Yes _____ No _____ |

9. Complete this question by estimating the average monthly expenses of you and your family.

Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ _____ | $ __N/A__ |

        Are real estate taxes included?   Yes ____   No ____  **N/A**
        Is property insurance included?  Yes ____   No ____  **N/A**

| | You | Spouse |
|---|---|---|
| Utilities:   Electricity and heating fuel | $ _____ | $ _____ |
|       Water and sewer | $ _____ | $ _____ |
|       Telephone | $ _____ | $ _____ |
|       Other _____ | $ _____ | $ _____ |
| Home maintenance (Repairs and upkeep) | $ _____ | $ _____ |
| Food | $ _____ | $ _____ |
| Clothing | $ _____ | $ _____ |
| Laundry and dry cleaning | $ _____ | $ _____ |
| Medical and dental expenses | $ _____ | $ _____ |
| Transportation (not including car payments) | $ _____ | $ _____ |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ _____ | $ _____ |
| Charitable contributions | $ _____ | $ _____ |
| Insurance (not deducted from wages or included in home mortgage payments): | | |
|       Homeowner's or renter's | $ _____ | $ _____ |
|       Life | $ _____ | $ _____ |
|       Health | $ _____ | $ _____ |

| | | |
|---|---|---|
| Auto | $ _____ | $ _____ |
| Other _____ | $ _____ | $ _____ |
| Taxes (not deducted from wages or included in home mortgage payments) (specify) _____ | $ _____ | $ _____ |
| Installment payments | | |
| Auto: | $ _____ | $ _____ |
| Credit Card: (name) _____ | $ _____ | $ _____ |
| Department Store: (name) _____ | $ _____ | $ _____ |
| Other _____ | $ _____ | $ _____ |
| Other _____ | $ _____ | $ _____ |
| Alimony, maintenance, and support paid to others | $ _____ | $ _____ |
| Payments for support of additional dependents not living at your home | $ _____ | $ _____ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ _____ | $ _____ |
| Other _____ | $ _____ | $ _____ |
| TOTAL MONTHLY EXPENSES | $ _____ | $ _____ |

10.   Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?   Yes _____      No _____

     If yes, describe on an attached sheet.


11.   Have you spent- or will you be spending- any money for expenses or attorney's fees in connection with this case?   Yes _____      No _____

     If yes, how much?   $ _____

If yes, provide the name, address, and telephone number of the attorney:

_____

_____

_____


12.   Have you promised to pay or do you anticipate paying anyone other than an attorney (such as a paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form?   Yes _____      No _____

     If yes, how much?   $ _____

If yes, provide the name, address, and telephone number of the person or service:

_____

_____

_____


13.   How much can you pay each month toward the docket fee for your appeal:

     $ _____


14.   Please provide any other information that helps to explain why you cannot pay the docket fees for your appeal.

15.     State the city and state of your legal residence:


Your daytime phone number: (_____) _____

Your age: _____

Years of schooling: _____

[Last four digits of] your social security number: _____


I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.   28 U.S.C. § 1746, 18 U.S.C. § 1621.

Date: _____     Signature: _without prejudice_ _linh-tran: stephens/Agent_ _____

# CERTIFICATE OF SERVICE

I hereby certify that:

     All other parties to this litigation are either: (1) represented by attorneys; or

     (2) have consented to electronic service in this case; or

On _____ I sent a copy of this Motion for Leave to

              [date]

Proceed on Appeal without Prepayment of Costs or Fees, to:

_____
                    [name of party]

at_____,
                    [address]

the last known address/email address, by

_____.
            [method of service]

_without prejudice_
_linh-tran: Stephens/Agent_

_____      _____
Date                             Signature