## IN THE UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

Linh Tran Stephens, a natural living woman with a soul and Holy Spirit, sui juris, one-and-only Agent/Authorized Representative/attorney-in-fact/Secured Party Creditor of LEGAL ENTITIES LINH TRAN STEPHENS©™ and G.L.STEPHENS©™ ens legis and all derivatives thereof — *Plaintiff–Appellants,*

v.

STATE OF OKLAHOMA, VIC REGALADO, Sheriff of Tulsa County, et al.,
— *Defendants–Appellees*

## Appeal Case No. 26-5041
(District Court case No. 4:25-CV-00285-GKF-MTS) (N.D. Okla.)

## VERIFIED MOTION FOR LEAVE TO PROCEED ON APPEAL WITHOUT PREPAYMENT OF COSTS OR FEES (Fed. R. App. P. 24(a)(5))

I, Linh Tran Stephens, a natural living woman with a soul and the Holy Spirit in her private capacity, also the petitioner/appellant in the captioned case and the one-and-only Agent/ Representative/ attorney-in-fact / Secured Party Creditor of LEGAL ENTITIES LINH TRAN STEPHENS©™ and G.L.STEPHENS©™ ens legis and all derivatives thereof, move this court for leave to proceed on appeal without prepayment of costs or fees under Federal Rule of Appellate Procedure 24(a)(5).

This appeal arises from Appellant's incarceration for alleged nonpayment of a purported child-support obligation that Appellant contests as unverified, legally unsupported, and procured through fraud upon the courts. Appellant contends the alleged debt was never reduced to a lawful, evidence-based determination supported by competent proof, specific findings, and constitutionally adequate procedures. Instead, the obligation was fabricated or inflated through improper imputation, arbitrary discretion, and enforcement practices that exceeded lawful authority. Appellant further contends that incarceration for such an unvalidated and fraud-tainted debt violates due process, equal

protection, and the constitutional prohibition against imprisonment for debt which was classified as cruel and unusual punishment, especially when absent a lawful finding of present ability to pay and willful refusal.

## I. APPELLANT IS FINANCIALLY UNABLE TO PAY

The same district court found Appellant financially unable to pay repeatedly, including related Habeas for G.L.S. case No. 25-cv-00286 (10th circuit appeal case No. 26-5040). Appellant is indigent, as set out in her accompanying financial declaration on this Court's Form A-14 (see attached 8 pages). She has no employment, no income from any source, nominal cash on hand, and no assets, and she depends on extended family and friends for basic necessities. She is unable to pay the $605 appellate fee. See *DeBardeleben v. Quinlan*, 937 F.2d 502, 505 (10th Cir. 1991).

## II. THE APPEAL PRESENTS REASONED, NONFRIVOLOUS QUESTIONS

An appeal is nonfrivolous when its issues are debatable among jurists of reason. Where a habeas petition is dismissed on a procedural ground without reaching the merits, review is warranted when reasonable jurists could debate both whether the petition states a valid constitutional claim and whether the procedural ruling was correct. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**A. Imprisonment for inability to pay**. Appellant was incarcerated in the Tulsa County Jail for sixty days, from February to April 2024, for nonpayment of fraudulently inflated and unvalidated child support order that stemmed from fraud-upon-the-court severe violation of parental rights from CPS (child protective services) fabrications on records contrary to actual evidence, with release conditioned on a purge amount

exceeding twelve thousand dollars. The Constitution forbids jailing a person for nonpayment when the failure is due to indigence rather than willful refusal, absent a fair inquiry into ability to pay and consideration of alternatives. *Bearden v. Georgia*, 461 U.S. 660, 672–73 (1983). In a civil-contempt proceeding that may result in the incarceration of an indigent parent for alleged nonpayment of a disputed child-support obligation, due process requires heightened procedural safeguards before liberty may be taken. At minimum, those safeguards include clear notice that present ability to pay is the controlling issue, a meaningful opportunity to present evidence of inability to pay, fair consideration of alternatives to incarceration, and an express judicial finding—supported by competent evidence—that the parent had the present ability to pay and willfully refused. *Turner v. Rogers*, 564 U.S. 431, 447–49 (2011). Appellant Linh Tran Stephens contends that those safeguards were not provided, that the alleged obligation was imposed and enforced despite disputed facts regarding parental access, custody, financial ability, and lawful debt validation, and that incarceration under these circumstances constitutes unconstitutional imprisonment for debt, denial of due process, cruel and unusual punishment, and abuse of judicial authority. Appellant alleges she was indigent, was not afforded effective counsel ("dictionary-only" and "nothing else" is not effective counsel), and that no adequate ability-to-pay inquiry or finding preceded her confinement. **Jailing an indigent person who cannot pay is also imprisonment for debt in substance, which denies equal protection and due process**. *Williams v. Illinois*, 399 U.S. 235 (1970); *Tate v. Short*, 401 U.S. 395 (1971). **This states a serious constitutional claim that reasonable jurists could debate**.

**B. Defective contempt procedures**. Appellant alleges that the contempt proceeding resulting in her incarceration was adjudicated before a **six-person jury rather than a twelve-person jury**, and under a **burden of proof lower than beyond a reasonable doubt**, despite the proceeding carrying the real possibility—and ultimate consequence—of jail. When contempt sanctions are punitive, serious, or result in incarceration beyond the narrow limits of ordinary civil coercion, the accused is entitled to the constitutional protections that attend criminal proceedings, including proof beyond a reasonable doubt and, where the sanction is sufficiently serious, trial by jury. *International Union, UMWA v. Bagwell*, 512 U.S. 821 (1994); *Bloom v. Illinois*, 391 U.S. 194 (1968). Appellant contends that the use of a reduced jury, a reduced evidentiary standard, and inadequate liberty-protecting safeguards rendered the contempt judgment constitutionally defective. At minimum, whether the procedures satisfied due process presents a substantial and debatable question warranting appellate review.

**C. Custody and reviewability**. Appellant satisfies the "in custody" requirement for habeas purposes because she already served a sixty-day contempt sentence in February 2024 and remains subject to renewed contempt enforcement, arrest, and confinement arising from the same disputed, unpaid, and unvalidated child-support purge obligation. Appellant further alleges that she was again wrongfully convicted or adjudicated in May 2025 for the same alleged nonpayment concerning the same biological offspring and the same obligee, Adam Sylvester Stephens, creating a repeated restraint on liberty rather than an isolated or moot event. Appellant contends that the continued enforcement of this obligation is constitutionally defective because the alleged

debt was not lawfully validated, was imposed without adequate findings of present ability to pay, and has been enforced through repeated incarceration threats and warrants.

Appellant also alleges that OKDHS and related actors ignored material safety evidence concerning Adam Sylvester Stephens, including prior loss of parental rights involving another female offspring from a prior marriage and the existence of a permanent protective order involving his teenage female offspring, while nevertheless treating him as a fit recipient of enforcement benefits and monetary awards. These allegations, if proven, demonstrate an ongoing pattern and practice of unconstitutional child-support enforcement, retaliatory confinement, state-sanctioned deprivation of parental and liberty rights, and infringement of freedom against Appellant/Linh's private capacity. Accordingly, Appellant remains "in custody" for habeas purposes because an outstanding or continuing order that subjects a petitioner to re-arrest, re-imprisonment, or other substantial restraint satisfies the custody requirement. *Hensley v. Municipal Court*, 411 U.S. 345, 351 (1973). Here, Appellant alleges that a second warrant/order entered on or about May 02, 2026 authorizes up to six months of confinement if she is seized while traveling through Oklahoma, demonstrating an ongoing, concrete restraint on freedom and on liberty rather than a moot or purely abstract injury. The State's characterization of the matter as a "domestic relations" dispute does not defeat federal review where Appellant challenges the constitutionality of confinement, repeated imprisonment, due process violations, and the legality of contempt enforcement. At minimum, whether these claims are reviewable presents a substantial and debatable federal question. See *Exxon Mobil Corp. v. Saudi Basic Industries Corp.*, 544 U.S. 280 (2005).

**D. The companion court credited Appellant's lack of timely notice**. In the related matter, the district court found that Appellant did not receive timely notice of the judgment because the **court's mailing was returned undelivered**, through no fault of her own, and reopened the time to appeal on that basis. The same circumstance underlies this appeal and confirms that Appellant has diligently pursued her rights. **For the record**, Appellant notes that her mailing address was and remains operational — she receives her routine mail there including ads and postcards and deliveries — yet the district court's order and judgment were returned undelivered, which is why she lacked timely notice. The second address was added to ensure more secure mailing in case there is interference at original address.

## III. PRESERVATION OF OBJECTION TO MAGISTRATE REFERRAL

Appellant has been preserving and continues to preserve her objection that dispositive matters were referred to a magistrate judge without her consent. A magistrate judge may not enter final judgment on a dispositive matter absent consent, and a litigant is **entitled to de novo determination by an Article III judge** of any properly preserved objection (which she objected repeatedly in public records and in numerous notices). 28 U.S.C. § 636(b)–(c); Fed. R. Civ. P. 72; *United States v. Raddatz,* 447 U.S. 667 (1980). This objection rests on the governing statute and rules.

## IV. RELIEF REQUESTED

Appellant respectfully requests that this Court: **(1)** grant leave to proceed in forma pauperis pursuant to Fed. R. App. P. 24(a)(5); **(2)** permit this appeal to proceed without

prepayment of the $605 appellate filing and docketing fees; and **(3)** grant all other relief the Court deems just, proper, and equitable.

If the Court denies any requested relief, Appellant respectfully requests a written order setting forth the specific reasons for denial, including the Court's findings regarding the material uncontested facts, the unrebutted facts contained in Appellant's conditional-acceptance/default letters served upon OKDHS, and the Court's conclusions of law. Appellant requests a reasoned written order rather than a summary denial so that the record is clear, reviewable, and preserved for any further appellate or higher-court review.

## <u>AVOUCHMENT / VERIFICATION</u>

i in my private capacity hereby declare, verify, certify and affirm, pursuant to the penalties of perjury under the laws of the united states of America, and by the provision of **28 U.S. Code § 1746** that i am of sound mind and competent to make this verification, and that all of the above and foregoing representations are true and correct to the best of my knowledge, information, belief. *Psalm 127:3[1] + Psalm 105:15[2] + Exodus 8:1&9:1[3] + Isaiah 61:8a[4] + Deut 19:15[5] + Isaiah 54:17[6]*

Executed in <u>Charleston</u> County, republic land of <u>South Carolina</u> on this <u>08th</u> day of <u>July</u> in the Year of Our Lord <u>Two Thousand and Twenty Six</u>.

<span style="color:red">Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent, Notice applies to all successors and assigns; Affidavit is a Form of Evidence; Unrebutted Affidavit Stands as Truth in Commerce;</span>

<span style="color:red">**Silence is Tacit Acquiescence/Agreement/Dishonor**;</span>

---

[1] "Lo, children are a heritage of the Lord: and the fruit of the womb is His reward." (Psalm 127:3 GNV) This verse affirms that children are a divine gift from God—not property of the state, nor wards of the court, but sacred trusts entrusted by the Creator YHWH יהוה

[2] "Touch not mine anointed, and do my prophets no harm." (Psalm 105:15 GNV).

[3] YAHUAH ordered you rulers: "Let my people go, that they may serve me" (Exodus 8:1). "Let my people go, so that they may worship me" (Exodus 9:1).

[4] For I, the LORD, love justice; I hate robbery and wrongdoing. (Isaiah 61:8a)

[5] One witness shall not rise up against a man for any iniquity, or for any sin, in any sin that he sinneth: at the mouth of two witnesses, or at the mouth of three witnesses, shall the matter be established [Deuteronomy 19:15)

[6] "No weapon that is formed against thee shall prosper, and every tongue that shall rise against thee in judgment, thou shalt condemn. This is the heritage of the servants of the Lord, and their righteousness is of me," saith the Lord YHWH (Isaiah 54:17 GNV)

*This communication is in no way forming a contract nor requesting any contracting; it is simply a notice regarding the matters at hand. This communication is not intended to nor does it create nor confirm any professional-client relationship or any type of relationship between us;*

Private sector autograph;
**WITHOUT RECOURSE**



By one–and-only beneficiary:
Linh Tran Stephens / one-and-only Authorized Agent or attorney-in-fact and **Secured Party Creditor of LEGAL ENTITIES LINH TRAN STEPHENS©™ and of G.L.STEPHENS©™ ens legis and all its derivatives thereof** including Cestui Que Trust a.k.a. "Fide Commissary Trust", **Non-Assumpsit, one-and-only Grantor & Authorized Representative,** Claimant/Applicant/Appellant, All Rights Reserved None Waived Ever, **Without Prejudice *UCC 1-308 & 1-103***, sui juris, Ambassador of יהוה and Heir of the Creator a/k/a the I AM THAT I AM, my heir/offspring/biological property is G.L.S and all her siblings;
By the Holy and Eternal Authority vested in me by Yahusha Ha'Mashiach as High Royal Priest (1 Peter 2:9) of Melchizedek Order (Hebrews 7:17), I do hereby seal, confirm, and sanctify this instrument and its contents as lawfully issued in Heaven and upon the Earth,
A natural living woman upon land breathing with a living soul and the Holy Spirit, natural people with hands legs, Alive-on-the-land, Plenary mind body soul/spirit, unlimited, non-incorporated, non-sole-proprietor,
**stateless** "**freeman of the Union**" per Honorable Mr. Justice MILLER on April 14th, 1873, in the Slaughter-House cases, 83 US 36 (a SCOTUS case specifically mentioned in 8 FAM 102.3),
full capacity and competency with postgraduate level of education, living on the land of the republic, with God-given rights pursuant to Bills of Rights, NOT a "pro se"/"person"/"pauper"/"indigent"/"slave"/"public servant"/"government employee"/"ward of State"/"U.S. citizen"/"minor" in your dictionary; i reject your 12 legal presumptions, other presumptions/assumptions/double-speaking/implied or undisclosed contracts;
Article IV Section 2 Citizens of each State shall be entitled to all Privileges & Immunities in care of 235 Tom Stewart Rd
Newberry, South Carolina zip exempt 00000 [near 29108]
**Non-Domestic, without the UNITED STATES of Washington, D.C.**
Email: LinhStephens7@gmail.com; Tel: 817-631-3223

**Notice:** Using a Notary on this document does ***not*** create any adhesion contract with the state/, nor does it alter any legal status of any of the parties hereto in any manner, but is used only for verification, identification, and certification purposes and not for entrance into any foreign jurisdiction nor into U.S. jurisdiction. All rights are reserved. Without prejudice and without recourse.

---

## Notary as JURAT CERTIFICATE

state of Minnesota        )

                                 ) *ss*

countyof Sherburne      )

On this <u>08th</u> day of <u>June</u>, 20<u>26</u> before me, <u>Melissa K. Vagle</u>, a Notary Public, virtually appeared a living woman <u>Linh Tran Stephens ( the Authorized Representative for Legal Fiction LINH TRAN STEPHENS©™</u> ), who proved to me on the basis satisfactory evidence to be the woman whose name is subscribed to within the instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her autograph(s) on the instrument the woman executed, the instrument.

I certify under PENALTY OF PERJURY under the lawful laws of Minnesota State and that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*Melissa K. Vagle*

Signature of Notary/Jurat

MELISSA K VAGLE
Notary Public
State of Minnesota
My Commission Expires
January 31, 2028

<h1 style="text-align:center"><u>CERTIFICATE OF SERVICE</u></h1>

I, Linh Tran Stephens, certify that on the date of filing I caused a true and correct copy of the foregoing *MOTION FOR LEAVE TO PROCEED ON APPEAL WITHOUT PREPAYMENT OF COSTS OR FEES (Fed. R. App. P. 24(a)(5)) attached by Financial Declaration (Form A-14)* to be served through the Court's CM/ECF electronic filing system, which will send notice of electronic filing to all counsel of record, and, as to any party not served electronically, by first-class United States Mail, postage prepaid, addressed as follows:

**Tulsa County Sheriff defendants — Vic Regalado, Deputy Jacob Williamson, and David L. Moss Justice Center (via counsel of record):** James Dashiell Dunn, Tulsa County Sheriff's Office, 6080 East 66th Street North, Tulsa, OK 74117.

**Oklahoma Department of Human Services and Child Support Services; Emmalene Stringer; Director Jeffrey Cartmell (via counsel of record):** John K.F. Langford, Oklahoma Department of Human Services, P.O. Box 25352, Oklahoma City, OK 73125.

**Oklahoma Sheriffs' Association (via counsel of record):** Sharon K. Parker, JPM Law, PLLC, 401 S. Boston Ave., Ste. 2000, Tulsa, OK 74103.

**State of Oklahoma and state officers (Drummond, Stitt, OAG, Secretary of State, Governor's Office) and all otherwise-unrepresented State defendants:** Office of the Attorney General of Oklahoma, Gentner Drummond, 313 N.E. 21st Street, Oklahoma City, OK 73105.

**Tulsa County District Court, Docket F Special Judges (Radford, Ludi-Leitch), and Court Clerk Kim Hall:** c/o Court Clerk, 500 S. Denver Avenue, Tulsa, OK 74103

WITHOUT RECOURSE,

<em>without prejudice<br>linh-tran: stephens/Agent</em>

# FINANCIAL DECLARATION

## Affidavit to Accompany Motion for Permission to Appeal in Forma Pauperis

I swear or affirm under penalty of perjury that because of my poverty I am unable to pay the docket fees of my appeal or to post a bond for them. I believe I am entitled to a different result than that reached in the district court.

I further swear or affirm under penalty of perjury that the responses which I have made to the questions and instructions below relating to my ability to pay the fees for my appeal are true.

**Instructions. Please complete all questions in this application and then sign it on the last page.** If the answer to any question is "0" or "none," or the question is "not applicable", so indicate by writing "0", "none", or "not applicable (N/A)". If additional space is needed to answer any question or to explain your answer to any question, please use and attach a separate sheet of paper identified with your name, the docket number of your case and the number of the question.

My issues on appeal are:

Denial of due process — incarceration for contempt imposed without a fair hearing; debtor imprisonment which is unconstitutional and cruel-and-unusual punishment; deprivation of my fundamental parental rights and an administrative "substantiation" of abuse entered without notice, a hearing, or the opportunity to confront witnesses; and the district court's dismissal of my petition.

1. Are you ~~or your spouse~~ currently employed?     Yes _____     No X___

2. If you or your spouse are currently employed, state the name and address of your employer, the length of your employment with that employer, and your monthly gross pay. Gross pay is pay before any taxes or other deductions are taken. If you have more than one employer, please provide the information requested below about the other employer(s) on a separate sheet of paper and attach it to this application. N/A

Yourself: N/A
Name and Address of Employer

Your Spouse: N/A
Name and Address of Employer

_____
_____
_____

_____
_____
_____

Length of Employment

Length of Employment

_____ _____
Years  Months

_____ _____
Years  Months

Monthly Gross Pay  $_____

Monthly Gross Pay  $_____

3.  If you are currently unemployed, state the date of your last employment and your monthly gross pay during your last month of employment. Gross pay is pay before any taxes or other deductions are taken.

Date of last employment (Month/Year) for yourself  02/2024  ; spouse  N/A

Monthly gross pay during last month of employment  $ 0 (zero)

4.  State whether you or your spouse have received money from any of the following sources during the past twelve months, and, if so, the average monthly amount from that source. Adjust any money that was received weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate.

| Did you receive money from any of the following sources during the past 12 months? | Average monthly amount during past 12 months for you and your spouse if applicable. | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Self-employment | Y (N) N  $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | Y (N) N  $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | Y (N) N  $ N/A | $ N/A | $ N/A | $ N/A |
| Gifts | Y (N) N  $ N/A | $ N/A | $ N/A | $ N/A |

| | | | | | |
|---|---|---|---|---|---|
| Alimony | Y (N) N | $ N/A | $ N/A | $ N/A | $ N/A |
| Child Support | Y (N) N | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement income from sources such as social security, private pensions, annuities, or insurance policies | Y (N) N | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability payments such as social security, other state or federal government, or insurance payments | Y (N) N | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment payments | Y (N) N | $ N/A | $ N/A | $ N/A | $ N/A |
| Public assistance payments such as welfare payments | Y (N) N | $ N/A | $ N/A | $ N/A | $ N/A |
| Other sources of money (specify: _____ N/A _____ ) | Y (N) N | $ N/A | $ N/A | $ N/A | $ N/A |
| TOTAL | | $ 0 (zero) | $ 0 (zero) | $ 0 (zero) | $ 0 (zero) |

5.  State the amount of cash you ~~and your spouse~~ have: $ 20.00

State below any money you ~~or your spouse~~ have in savings, checking, or other accounts in a bank or other financial institution.

| Bank or Other Financial Institution: | Type of Account such as savings, checking, or CD: | Amount you have: | Amount your spouse has: |
|---|---|---|---|
| Bank of America | checking | $ 0 (zero) | $ N/A |
| | | $ | $ |
| | | $ | $ |

6. State below the assets owned by you ~~and your spouse~~. **Do not list ordinary household furnishings and clothing.**

| | | |
|---|---|---|
| **Home** | Address: none _____ | Value: $ __N/A__ <br> Amount owed on mortgages and liens: $ _____ |
| **Other real estate** | Address: none _____ | Value: $ __N/A__ <br> Amount owed on mortgages and liens: $ _____ |
| **Motor vehicle** | Model/Year: none _____ | Value: $ __N/A__ <br> Amount owed: $ _____ |
| **Motor vehicle** | Model/Year: none _____ | Value: $ __N/A__ <br> Amount owed: $ _____ |
| **Other** | Description: __none__ | Value: $ __N/A__ <br> Amount owed: $ _____ |

7. State below any person, business, organization, or governmental unit that owes you or your spouse money and the amount that is owed. none

| Name of Person, Business, or Organization that Owes You or Your Spouse Money | Amount Owed You: | Amount Owed Your Spouse: |
|---|---|---|
| __N/A__ | $ __N/A__ | $ __N/A__ |
| _____ | $ _____ | $ _____ |

8. State the individuals who rely on you and your spouse for support. Indicate their relationship to you, their age, and whether they live with you.

| Name | Relationship | Age | Does this person live with |
|---|---|---|---|
| __G.L.S.__ | firstborn offspring | 13 | NOT currently live with me because she has been kept in the custody of Oklahoma Department of Human Services and whoever else OKDHS wanted and is separated from me still; I was deprived of all contact since 12/03/2021: no overnight, video chat, phone call, text allowed with her as OKDHS & courts threatening my arrests/imprisonment if i do |
| | | | |
| | | | |

9. Complete this question by estimating the average monthly expenses of you and your family.

Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate.

| | You | Spouse |
|---|---|---|
| Rent ~~or home mortgage payment~~ (include lot rented for mobile home) | $0 (zero) | $ N/A |

Are real estate taxes included? Yes ____ No ____ *N/A*
Is property insurance included? Yes ____ No ____ *N/A*

| | You | Spouse |
|---|---|---|
| Utilities: Electricity and heating fuel | $0 (zero) | $ N/A |
| Water and sewer | $0 (zero) | $ N/A |
| Telephone | $0 (zero) | $ N/A |
| Other _____ | $ N/A | $ N/A |
| Home maintenance (Repairs and upkeep) | $ N/A | $ N/A |
| Food | $0 (zero) | $ N/A |
| Clothing | $0 (zero) | $ N/A |
| Laundry and dry cleaning | $0 (zero) | $ N/A |
| Medical and dental expenses | $0 (zero) | $ N/A |
| Transportation (not including car payments) | $0 (zero) | $ N/A |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Charitable contributions | $ N/A | $ N/A |

Insurance (not deducted from wages or included in home mortgage payments):

| | You | Spouse |
|---|---|---|
| Homeowner's or renter's | $ N/A | $ N/A |
| Life | $ N/A | $ N/A |
| Health | $ N/A | $ N/A |

*cannot afford health insurance for myself anymore since 10/2020 laid off from Cherokee Nation and self-employment closed 02/2024 because OKDHS debtor imprisoned me for unvalidated debts it fabricated*

| | | |
|---|---|---|
| Auto | $ N/A | $ N/A |
| Other _____ | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in home mortgage payments) (specify) _____ | $ N/A | $ N/A |
| Installment payments | | |
| Auto: *N/A since had to sold broken car to pay its car loan* | $ N/A | $ N/A |
| Credit Card: (name) _____ | $ N/A | $ N/A |
| Department Store: (name) _____ | $ N/A | $ N/A |
| Other _____ | $ N/A | $ N/A |
| Other _____ | $ N/A | $ N/A |
| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |
| Payments for support of additional dependents not living at your home | $ N/A | $ N/A |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ N/A | $ N/A |
| Other _____ | $ N/A | $ N/A |
| TOTAL MONTHLY EXPENSES | $ 0 (zero) | $ N/A |

10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months? Yes _____ No _X_

If yes, describe on an attached sheet. N/A

11. Have you spent- or will you be spending- any money for expenses or attorney's fees in connection with this case? Yes _____ No _X_

If yes, how much? $ _____ N/A

If yes, provide the name, address, and telephone number of the attorney:

N/A

_____

_____

12. Have you promised to pay or do you anticipate paying anyone other than an attorney (such as a paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form? Yes _____ No _X_

If yes, how much? $ _____ N/A

If yes, provide the name, address, and telephone number of the person or service:

N/A

_____

_____

13. How much can you pay each month toward the docket fee for your appeal:

$ _0 (zero)_

14. Please provide any other information that helps to explain why you cannot pay the docket fees for your appeal.

**I have no employment, no income from any source, only $20 in cash, no bank accounts, and no assets. I depend on extended family and friends and churches for basic necessities. I have also incurred court-imposed financial obligations in the underlying state proceedings. I am wholly unable to pay the $605 appellate fee.**

15. State the city and state of your legal residence:

**Linh Tran Stephens / Agent or attorney-in-fact and Secured Party Creditor
of Legal Entities LINH TRAN STEPHENS©TM and G.L.STEPHENS©TM
c/o 235 Tom Stewart Rd, Newberry, South Carolina zip exempt 00000 [near 29108]**

Your daytime phone number: ( **817** ) **631 - 3223**

Your age: **42**

Years of schooling: **16**

[Last four digits of] your social security number: **N/A**

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

Date: **06/08/2026**

Autographed: ~~Signature:~~ *without prejudice linh-tran: stephens/Agent*