FILED
United States Court of Appeals
Tenth Circuit

June 29, 2026

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

LINH TRAN STEPHENS,

    Petitioner - Appellant,

v.

STATE OF OKLAHOMA, and its
divisions and employees/successors, et al.,

    Respondents - Appellees.

No. 26-5041
(D.C. No. 4:25-CV-00285-GKF-MTS)
(N.D. Okla.)

_____

## ORDER
_____

This matter is before the court on receipt and initial review of petitioner-appellant

Linh Tran Stephens' *Verified Combined Opening Brief* [CTA10 Dkt. No. 22], to which

Ms. Stephens attaches three documents pursuant to 10th Cir. R. 28.2 and also appends

three exhibits. Upon consideration:

A.    The court notes that its rules generally allow an appellant challenging a

district court order in a habeas case to attach to his or her opening brief

only the order he seeks to appeal and the final judgment, if any. *See* 10th

Cir. R. 28.2(A).

B.    As such, the court directs its Clerk to accept Ms. Stephens' opening brief

and the Rule 28.2 attachments as filed, but to receive (and not formally file)

the other exhibits Ms. Stephens attached to her opening brief unless

directed to do so by the panel of judges who will later be assigned to decide

whether to grant Ms. Stephens a certificate of appealability ("COA"). The exhibits will remain accessible to the judges should they elect to review them.

The court now has before it all of the information it needs to decide whether to grant Ms. Stephens a COA and will decide that issue in due course.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk