FILED
United States Court of Appeals
Tenth Circuit

June 29, 2026

Christopher M. Wolpert
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

LINH TRAN STEPHENS,

    Petitioner - Appellant,

v.

STATE OF OKLAHOMA, and its
divisions and employees/successors, et al.,

    Respondents - Appellees.

No. 26-5041
(D.C. No. 4:25-CV-00285-GKF-MTS)
(N.D. Okla.)

_____

**ORDER**
_____

This matter is before the court on petitioner-appellant Linh Tran Stephens'

*Motion/Demand to Supplement the Record and Correct Record on Appeal, and in the*

*Alternative, for Judicial Notice*, in which she: (1) seeks to supplement the record on

appeal through the inclusion of DC Dkt. Nos., 20, 21, 22, 25, 26, 29, and 31;

(2) "demands that the Clerk confirm the completeness and legibility of the petition

exhibits (Dkt. 2-1; ROA 7-114), including the Oregon Decree and registration and the

documentary exhibits cited in the opening brief, and provide a corrected pagination index

so that record citations may be conformed"; and (3) requests that the court take judicial

notice of various state court records.

Upon consideration, the court:

A.    Denies the motion to supplement the record through the inclusion of DC Dkt. Nos. 21, 22, and 26 as unnecessary: those documents are already in the record on appeal at CTA10 Dkt. No. 19;

B.    Denies the motion to supplement the record through the inclusion of DC Dkt. Nos. 25 and 26: those documents are records of this court that are available on the docket for this appeal [*see* CTA10 Dkt. Nos. 1-2 and 2];

C.    Denies the motion to supplement the record through the inclusion of DC Dkt. Nos. 29: the district court denied that motion, and Ms. Stephens has renewed with this court her request to proceed IFP on appeal, *see* Fed. R. App. P. 24(a)(5), advisory committee's note to 1967 amendment ¶ 3 (noting that the Federal Rules "establish[] a subsequent motion in the court of appeals, rather than an appeal from the order of denial or from the certification of lack of good faith, as the proper procedure for calling in question the correctness of the action of the district court" regarding IFP);

D.    Grants the motion to supplement the record through the inclusion of DC Dkt. Nos. 20 and 31;

E.    Grants Ms. Stephens' request that the Clerk confirm the legibility of pages 7-114 of the ROA on its docket and confirms that the combination of the civil cover sheet, petition, and exhibits filed in the district court have the same number of pages as that filed as part of the ROA in this court;

F. Denies the remainder of Ms. Stephens' "Category B" requests without prejudice to renewal should Ms. Stephens identify specifically any discrepancies between the record on appeal and the documents as they were filed in the district court; and

G. Refers Ms. Stephens' motion for judicial notice of the identified state court records—as well as any response or reply—to the panel of judges that will later be assigned to consider the merits of this appeal: no decision will issue at this time.

The court now has before it all information it will need to decide whether to grant Ms. Stephens a COA and will decide that issue in due course.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk

3