# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
### Case No. <u>26-5040</u>

Linh Tran Stephens, a natural living woman, sui juris, sole trustee of LINH TRAN STEPHENS©$^{TM}$ and of G.L.S©®, and LINH TRAN STEPHENS©$^{TM}$

*Plaintiffs–Appellants*,

v.

STATE OF OKLAHOMA, and its divisions, agencies, employees, successors, and assigns; OKLAHOMA DEPARTMENT OF HUMAN SERVICES; OKLAHOMA CHILD PROTECTIVE SERVICES; OKLAHOMA CHILD SUPPORT SERVICES; JEFFREY CARTMELL, Director; BRIDGET O'BRIEN; et al.,

*Defendants–Appellees*.

---

On Appeal from the United States District Court
for the Northern District of Oklahoma
D.C. No. 4:25-CV-00286-CVE-MTS (Hon. Claire V. Eagan)

---

### NOTICE OF SUPPLEMENTAL RECORD CITATION
*(conforming citations to the Supplemental Record on Appeal filed June 29, 2026)*

---

COMES NOW Linh Tran Stephens, a natural living woman, sui juris, appearing *specially and not generally*, without recourse and without prejudice, all rights reserved (UCC 1-308 and 1-103), and respectfully submits this *Notice of Supplemental Record Citation*. This Notice is filed solely to conform the record citations in *Appellant's Verified Combined Opening Brief* [CtA10 Dkt. 22] to the *Supplemental Record on Appeal* that the Clerk filed *June 29, 2026*, and works no substantive change to that brief. In support, Appellant states:

**1.** By Order filed June 29, 2026 [CtA10 Dkt. 26], this Court granted Appellant's request to supplement the Record on Appeal through the inclusion of district-court Dkt. Nos. 20 and 31, and the Clerk thereafter filed a Supplemental Record on Appeal bearing its own consecutive pagination beginning at page 001.

**2.** At the time Appellant's opening brief was filed on June 28, 2026, the *May 18, 2026 Order* (district-court Dkt. 31) was not yet contained in the certified Record, and the brief therefore cited that Order by its internal page numbers and as "*Attachment 3*," noting that it was "not contained in the preliminary ROA." Those parenthetical observations are now superseded: the Order is part of the Supplemental Record on Appeal.

**3.** Appellant provides the following conforming citations so that the Court may cite the record directly:

**(a)** The supplemented CM/ECF docket sheet, including the returned-undelivered mailing entry (Dkt. 20), appears at Supp. ROA 001–005.

**(b)** The district court's Order of May 18, 2026 (Dkt. 31), in full (12 pages), appears at Supp. ROA 006–017.

**(c)** The brief's citation to "Dkt. 31 at 4–5" corresponds to Supp. ROA 009–010.

**(d)** The brief's citations to "Dkt. 31 at 11" correspond to Supp. ROA 016.

**4.** This Notice neither amends the opening brief nor adds argument; it supplies record citations only. Appellant respectfully requests that the Court and the panel

later assigned to consider this appeal read the brief's references to "Dkt. 31" and "Attachment 3" as referring to the Order now contained at Supp. ROA 006–017.

**5.** Appellant renews and preserves her permanent and continuing objection, on common-law and constitutional grounds, to adjudication of any matter in this appeal by any special judge, magistrate judge, or any officer or substitute other than an Article III constitutional judge, absent her express written consent, which is withheld. 28 U.S.C. § 636(b)–(c); Fed. R. Civ. P. 72; *United States v. Raddatz*, 447 U.S. 667 (1980). No part of this objection is waived, now or ever.

Respectfully submitted Monday, June 29th, 2026,

*Private sector autograph;* **WITHOUT RECOURSE**

By sole beneficiary:

By: Linh Tran Stephens, a natural living woman, sui juris,
Authorized Agent / attorney-in-fact and sole Secured Party Creditor
of LINH TRAN STEPHENS©™, Plaintiff–Appellant
All Rights Reserved, None Waived Ever; Without Prejudice (UCC 1-308 & 1-103)
in care of: 235 Tom Stewart Rd
Newberry, South Carolina 00000 ZIP EXEMPT [29108]
without the United States District of Columbia
Telephone: (843) 608-0294
Email: linhstephens7@gmail.com

# CERTIFICATE OF SERVICE

I, Linh Tran Stephens, certify that on the date of filing I caused a true and correct copy of the foregoing to be served through the Court's CM/ECF electronic filing system, which will send notice of electronic filing to all counsel of record, and, as to any party not served electronically, by first-class United States Mail, postage prepaid, addressed as follows:

– Tulsa County Sheriff defendants — Vic Regalado, Deputy Jacob Williamson, and David L. Moss Justice Center (via counsel of record): James Dashiell Dunn, Tulsa County Sheriff's Office, 6080 East 66th Street North, Tulsa, OK [74117].

– Oklahoma Department of Human Services and Child Support Services; Emmalene Stringer; Director Jeffrey Cartmell (via counsel of record): John K.F. Langford, Oklahoma Department of Human Services, P.O. Box 25352, Oklahoma City, OK [73125].

– Oklahoma Sheriffs' Association (via counsel of record): Sharon K. Parker, JPM Law, PLLC, 401 S. Boston Ave., Ste. 2000, Tulsa, OK [74103].

State of Oklahoma and state officers (Drummond, Stitt, OAG, Secretary of State, Governor's Office): Office of the Attorney General of Oklahoma, Gentner Drummond, 313 N.E. 21st Street, Oklahoma City, OK [73105].

– Tulsa County District Court, Docket F Special Judges (Radford, Ludi-Leitch), and Court Clerk Kim Hall: c/o Court Clerk, 500 S. Denver Avenue, Tulsa, OK [74103].

Private sector autograph; **WITHOUT RECOURSE**

By sole beneficiary: _____