FILED
United States Court of Appeals
Tenth Circuit

July 29, 2026

Christopher M. Wolpert
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

LINH TRAN STEPHENS,

      Petitioner - Appellant,

v.

STATE OF OKLAHOMA, and its
divisions and employees/successors, et al.,

      Respondents - Appellees.

No. 26-5041
(D.C. No. 4:25-CV-00285-GKF-MTS)
(N.D. Okla.)

_____

**ORDER**
_____

Petitioner-appellant Linh Tran Stephens appeals the district court's order, in which it: (1) construed her petition before that court [DC Dkt. No. 2] in part as a petition seeking relief under 28 U.S.C. § 2254 and dismissed that portion without prejudice for lack of subject matter jurisdiction; and (2) construed the remainder of her petition as a civil complaint seeking relief under § 1983 and dismissed that portion without prejudice for failure to comply with Federal Rule of Civil Procedure 8.

This matter is now before the court for case management purposes, following receipt of a response brief from appellees David L. Moss Criminal Justice Center, Sheriff Vic Regalado, and Deputy Jacob Williamson (the "TCSO Appellees").

Upon further review of the docket for this appeal, the court discovered that it erroneously failed to set a deadline for appellees to file a response brief with respect to the Ms. Stephens' appeal of the dismissal of her § 1983 claims. Accordingly, the court

accepts the TCSO Appellees' brief as filed and directs any other appellee who wishes to file a response brief with respect to the § 1983 portion of this appeal to do so on or before August 28, 2026.

Appellees need not and should not file a brief with respect to the appeal of the dismissal of Ms. Stephens' habeas claims unless the court requests that they do so. *See* 10th Cir. R. 22.1(B).

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk